# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHELLE SCHULTZ, *individually and on behalf of all others similarly situated,*

    Plaintiffs,

v.

TULA Life, Inc.,

    Defendant.

Case No. 8:23-cv-01128-SDM-SPF

JURY TRIAL DEMANDED

## DEFENDANT TULA LIFE, INC.'S AMENDED[1] CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, the undersigned counsel for Defendant TULA Life, Inc., hereby discloses:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    - TULA Life, Inc.;

    - The Procter & Gamble Company, which is the parent corporation of TULA Life, Inc., and which owns 100% of TULA Life, Inc.;

    - Terri L. Parker, Esquire, counsel for Defendant TULA Life, Inc.

---

[1] This Amended Certificate of Interested Persons and Corporate Disclosure Statement is meant to amend and update Defendant TULA Life, Inc.'s original Certificate of Interested Persons and Corporate Disclosure Statements [Doc. 2] to reflect the May 23, 2023, judicial assignment to Judge Merryday and Magistrate Judge Flynn [Doc. 3].

4893-8373-4374

- Ashley P. Hayes, Esquire, counsel for Defendant TULA Life, Inc.;

- Michael G. Polatsek, Esquire, counsel for Defendant TULA Life, Inc.;

- Shook, Hardy & Bacon, L.L.P., law firm and counsel for Defendant TULA Life, Inc.;

- Plaintiff Michelle Schultz;

- Benjamin W. Raslavich, Esquire, counsel for Plaintiff Michelle Schultz; and

- Kuhn Raslavich, P.A., law firm and counsel for Plaintiff Michelle Schultz.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- The Procter & Gamble Company, which is the parent company and 100% owner of Defendant TULA Life, Inc.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- No additional persons or entities.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff Michelle Shultz may allege that she is an individual victim of certain conduct as alleged in the Complaint in this matter.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the

4893-8373-4374

Court in writing upon learning of any such conflict.  I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

                        Respectfully submitted,

                        */s/ Ashley P. Hayes*
                        Terri L. Parker
                        *LEAD COUNSEL*
                        Florida Bar No. 0021911
                        Ashley P. Hayes
                        Florida Bar No. 91483
                        SHOOK, HARDY & BACON L.L.P.
                        100 N. Tampa Street, Suite 2900
                        Tampa, Florida
                        Telephone:  (813) 202-7100
                        Facsimile:   (813) 221-8837
                        tparker@shb.com
                        ahayes@shb.com

                        Michael G. Polatsek
                        Florida Bar No. 111703
                        mpolatsek@shb.com
                        SHOOK, HARDY & BACON L.L.P.
                        Citigroup Center, Suite 3200
                        201 S. Biscayne Blvd.
                        Miami, Florida  33131
                        Telephone:  (305) 358-5171
                        Facsimile:   (305) 358-7470

                        *Attorneys for Defendant TULA Life, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, the foregoing document was furnished by Electronic Service through the CM/ECF E-Filing Portal to all counsel of record, and was also served by electronic mail delivery to the following:

Benjamin W. Raslavich, Esq.
Kuhn Raslavish, P.A.
2110 West Platt Street
Tampa, Florida  33606
ben@theKRfirm.com
*Attorneys for Plaintiff*

                    */s/ Ashley P. Hayes*
                    ***Counsel for Defendant TULA Life, Inc.***

4893-8373-4374